

## NUMBERS 13-15-00005-CR, 13-15-00006-CR, & 13-15-00007-CR

## COURT OF APPEALS

## THIRTEENTH DISTRICT OF TEXAS

## CORPUS CHRISTI - EDINBURG

JUAN JOE CANO,                                                                    Appellant,

v.

THE STATE OF TEXAS,                                                              Appellee.

### On Appeal from the 130th District Court of Matagorda County, Texas.

## ORDER

**Before Chief Justice Valdez and Justices Benavides and Perkes
Order Per Curiam**

These causes are before the Court on appellant's fourth motion for extension of time to file the briefs in these matters. Appellant has been granted three previous extensions of time to file the briefs totaling one hundred and twenty-one days. By his fourth motions for extension of time, appellant seeks an additional 30 days to file the

briefs.

The Court, having examined and fully considered the motions for extension of time, is of the opinion that the motions should be granted. Accordingly, we GRANT the motions for extension of time. Appellant's briefs are due on or before August 28, 2015. The Court looks with disfavor on the delay caused by counsel's failure to timely file the briefs in these matters and no further extensions will be granted absent exigent circumstances

IT IS SO ORDERED.

PER CURIAM

Delivered and filed the
6th day of August, 2015.